B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## District of South Carolina

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): **Kitchen Equipment and Supply Depot, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) **57-1023409** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): **29 Kitties Landing Rd.** **Bluffton, SC** ZIP Code **29910** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP Code |
| County of Residence or of the Principal Place of Business: **Beaufort** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): **PO Box 2115** **Bluffton, SC** ZIP Code **29910** | Mailing Address of Joint Debtor (if different from street address): ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Kitchen Equipment and Supply Depot, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br> Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)   Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Kitchen Equipment and Supply Depot, Inc.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Felix B. Clayton**
Signature of Attorney for Debtor(s)

**Felix B. Clayton 167**
Printed Name of Attorney for Debtor(s)

**Felix B. Clayton**
Firm Name

**Post Office Box 1044**
**Beaufort, SC 29901**

_____
Address

**Email: butch@butchclaytonlaw.com**
**(843)379-9363  Fax: (843)379-9844**
Telephone Number

**May 16, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Martin Greenspan**
Signature of Authorized Individual

**Martin Greenspan**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**May 16, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### District of South Carolina

In re   **Kitchen Equipment and Supply Depot, Inc.**                                 Case No.

                                         Debtor(s)                                   Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

     Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Amerikooler**<br>**575 East 10th Avenue**<br>**Hialeah, FL 33010** | **Amerikooler**<br>**575 East 10th Avenue**<br>**Hialeah, FL 33010**<br>**305-884-8384** | **fax number**<br>**305-887-2715** | | **12,531.02** |
| **Arctic Industries, Inc.**<br>**9731 NW 114th Way**<br>**Miami, FL 33178** | **Arctic Industries, Inc.**<br>**9731 NW 114th Way**<br>**Miami, FL 33178**<br>**305-883-5581** | | | **16,107.33** |
| **Bakers Pride Oven Company**<br>**30 Pine Street**<br>**New Rochelle, NY 10801** | **Bakers Pride Oven Company**<br>**30 Pine Street**<br>**New Rochelle, NY 10801** | | | **6,879.75** |
| **Cannon Marketing Inc.**<br>**4684 Hwy 70 West**<br>**Kinston, NC 28504** | **Cannon Marketing Inc.**<br>**4684 Hwy 70 West**<br>**Kinston, NC 28504** | | | **7,377.39** |
| **Eagle MHC Company**<br>**100 Industrial Blvd.**<br>**Clayton, DE 19938** | **Eagle MHC Company**<br>**100 Industrial Blvd.**<br>**Clayton, DE 19938**<br>**800-441-8440** | **fax number**<br>**302-653-2065** | | **16,075.49** |
| **Empire Equipment Dist.**<br>**24 Arbormeade Circle**<br>**Bluffton, SC 29910** | **Empire Equipment Dist.**<br>**24 Arbormeade Circle**<br>**Bluffton, SC 29910** | | | **12,408.00**<br><br>**(0.00 secured)** |
| **Empire Marketing Group**<br>**407 Jeffreys Lane**<br>**Goldsboro, NC 27530** | **Empire Marketing Group**<br>**407 Jeffreys Lane**<br>**Goldsboro, NC 27530**<br>**919-734-8300** | **Fax Number**<br>**919-734-3084** | | **9,800.51** |
| **Garland Commercial Industries, LLC.**<br>**185 East South Street**<br>**Freeland, PA 18224** | **Garland Commercial Industries, LLC.**<br>**185 East South Street**<br>**Freeland, PA 18224**<br>**570-636-1000** | **Fax Number**<br>**570-636-3903** | | **8,035.65** |
| **Giles Enterprises, Inc.**<br>**Post Office Box 210247**<br>**Montgomery, AL 36121** | **Giles Enterprises, Inc.**<br>**Post Office Box 210247**<br>**Montgomery, AL 36121**<br>**334-272-1457** | **334-272-3561** | | **11,080.05**<br><br>**(0.00 secured)** |

**B4 (Official Form 4) (12/07) - Cont.**

In re **Kitchen Equipment and Supply Depot, Inc.**                    Case No.
                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Lagasse Inc.**<br>c/o Levi, Wittenberg, Harritt, Hoefer<br>& Davis, P.A.<br>Post Office Drawer 730<br>Sumter, SC 29151 | **Lagasse Inc.**<br>c/o<br>Levi,Wittenberg,Harritt,Hoefer&Davis<br>PO Drawer 730<br>Sumter, SC 29151 | | | **8,769.71**<br><br>**(0.00 secured)** |
| **Mobile Restaurant Supply**<br>14200 South Lakes Drive<br>Charlotte, NC 28273 | **Mobile Restaurant Supply**<br>14200 South Lakes Drive<br>Charlotte, NC 28273<br>704-583-1892 | fax number<br>704-583-1892 | | **8,555.70** |
| **Mr. Winter**<br>8080 West 26th Court<br>Hialeah, FL 33016 | **Mr. Winter**<br>8080 West 26th Court<br>Hialeah, FL 33016<br>305-556-6741 | Law Suit(fax number )<br>305-821-1084 | | **14,039.00** |
| **MTS Seating**<br>c/o Woodard & Butler<br>Attorneys at law<br>Post Office Box 1906<br>Walterboro, SC 29488 | **MTS Seating**<br>c/o Woodard & Butler, Attorneys at Law<br>Post Office Box 1906<br>Walterboro, SC 29488 | | | **19,722.43**<br><br>**(0.00 secured)** |
| **Peachtree Distributing Company**<br>3128 NIFDA Blvd<br>Smyrna, GA 30080 | **Peachtree Distributing Company**<br>3128 NIFDA Blvd<br>Smyrna, GA 30080<br>404-351-6442 | fax number<br>404-350-0780 | | **8,044.61** |
| **Rankin - Deluxe, Inc.**<br>12862 E. Florence Avenue<br>Santa Fe Springs, CA 90670 | **Rankin - Deluxe, Inc.**<br>12862 E. Florence Avenue<br>Santa Fe Springs, CA 90670<br>562-944-7076 | fax number<br>562-941-7858 | | **10,677.74** |
| **Ryan Refrigeration Sales**<br>502 Odd Brookpark Rd.<br>Cleveland, OH 44109 | **Ryan Refrigeration Sales**<br>502 Odd Brookpark Rd.<br>Cleveland, OH 44109<br>216-661-7775 | fax number<br>216-661-7776 | | **10,974.72** |
| **Select Air Systems**<br>PO Box 1906<br>Walterboro, SC 29488 | **Select Air Systems**<br>PO Box 1906<br>Walterboro, SC 29488 | | | **24,173.25**<br><br>**(0.00 secured)** |
| **Star Manufacturing International**<br>10 Sunnen Drive<br>PO Box 430129<br>Saint Louis, MO 63143 | **Star Manufacturing International**<br>10 Sunnen Drive<br>PO Box 430129<br>Saint Louis, MO 63143 | | | **11,565.35** |
| **Textron Financial Corporation**<br>c/o Woodard & Butler<br>PO Box 1906<br>Walterboro, SC 29488 | **Textron Financial Corporation**<br>c/o Woodard & Butler<br>PO Box 1906<br>Walterboro, SC 29488 | | | **10,230.89**<br><br>**(0.00 secured)** |
| **Vulcan-Hart Corporation**<br>PO Box 696<br>Louisville, KY 40201 | **Vulcan-Hart Corporation**<br>PO Box 696<br>Louisville, KY 40201<br>502-778-2791 | fax number<br>714-842-3430 | | **21,884.11** |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Kitchen Equipment and Supply Depot, Inc.**                                    Case No.
                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **May 16, 2011**                              Signature  **/s/ Martin Greenspan**
                                                              **Martin Greenspan**
                                                              **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

```
ACCUTEMP PRODUCTS, INC
4044 SOLUTION CENTER
CHICAGO IL 60677


ADMIRAL CRAFT EQUIPMENT COMPANY
940 SOUTH OYSTER BAY ROAD
HICKSVILLE NY 11801


AMERICAN DISH SERVICE
900 BLAKE STREET
KANSAS CITY KS 66111


AMERICAN METALCRAFT
2074 GEORGE STREET
EFFINGHAM IL 62401


AMERIKOOLER
575 EAST 10TH AVENUE
HIALEAH FL 33010


ARCTIC INDUSTRIES, INC.
9731 NW 114TH WAY
MIAMI FL 33178


BAKER DISTRIBUTION COMPANY
PO BOX 409675
ATLANTA GA 30384


BAKERS PRIDE OVEN COMPANY
30 PINE STREET
NEW ROCHELLE NY 10801


BERKEL
PO BOX 696
LOUISVILLE KY 40201


C. STEVEN MOSKOS
2850 ASHLEY PHOSPHATE RD
NORTH CHARLESTON SC 29418


CAMBRO MANUFACTURING CO.
C/O LEVI, WITTENBERG, HARRITT, HOEFER &
DAVIS, P.A.
POST OFFICE DRAWER 730
SUMTER SC 29151
```

CANNON MARKETING INC.
4684 HWY 70 WEST
KINSTON NC 28504


CAPTIVE AIRE
PO BOX 60270
CHARLOTTE NC 28260


CAPTIVE AIRE SYSTEMS
PO BOX 60270
CHARLOTTE NC 28260


CARLISLE COMPANY
4711 E. KEFNER
OKLAHOMA CITY OK 73131


CAROLINA ATLANTIC BAR & REASTURANT
DISTRIBUTION, INC.
4913 CHASTAIN AVENUE
UNIT 37
CHARLOTTE NC 28217


CARTER HOFFMAN
1551 MCHORMICK AVENUE
MUNDELEIN IL 60060


CHEF REVIVAL, INC.
1600 W. DARTMOUTH AVENUE
ENGLEWOOD CO 80110


CHOICE EQUIPMENT COMPANY
5974 US HWY 129 NORTH UNIT 4
PENDERGRASS GA 30567


COASTAL ICE MACHINES, INC.
2711 WHATLEY AVENUE
SAVANNAH GA 31404


COMBRO MANUFACTURING COMPANY
5801 SKYLAB ROAD
HUNTINGTON BEACH CA 92647

CYNTHIA M. LOVER, P.A.
ATTORNEY AT LAW
POST OFFFICE BOX 305-D
MYRTLE BEACH SC 29578-8026


CYPRESS RESTAURANT SUPPLY
3829 BARRINGER DR.
CHARLOTTE NC 28217


DELFIELD COMPANY, LLC
980 SOUTH ISABELLA
MOUNT PLEASANT MI 48858


DELUXE EQUIPMENT COMPANY
4414 28TH STREET WEST
BRADENTON FL 34207


DUKE MANUFACTURING COMPANY
2305 N BROADWAY
SAINT LOUIS MO 63102


DWL INDUSTRIES
65 INDUSTRIAL ROAD
LODI NJ 07644


DYNAMICS
2301 STURGIS RD.
OXNARD CA 93030


EAGLE GROUP
100 INDUSTRIAL BLVD
CLAYTON DE 19938


EAGLE MHC COMPANY
100 INDUSTRIAL BLVD.
CLAYTON DE 19938


EARTHSTONE OVENS, INC.
6717 SAN FERNANDO RD.
GLENDALE CA 91201


EASTERN DISTRIBUTING GROUP

```
EMPIRE EQUIPMENT DIST.
24 ARBORMEADE CIRCLE
BLUFFTON SC 29910


EMPIRE MARKETING GROUP
407 JEFFREYS LANE
GOLDSBORO NC 27530


FIRE TECH SERVICES
PO BOX 7480
MONROE LA 71211


FISHER AND PAYKEL APPLIANCES, INC.
5900 SKYLAB RD.
HUNTINGTON BEACH CA 92647


FRANKLIN MACHINE PRODUCTS
101 MT. HOLLY BYPASS
LUMBERTON NJ 08048


FRYMASTER, C/O CYNTHIA LOVER
8700 LINE AVENUE
SHREVEPORT LA 71106


GARLAND COMMERCIAL INDUSTRIES, LLC.
185 EAST SOUTH STREET
FREELAND PA 18224


GILES ENTERPRISES, INC.
POST OFFICE BOX 210247
MONTGOMERY AL 36121


GRINDMASTER
DEPARTMENT 101004
PO BOX 150413
HARTFORD CT 06115


GROSFILLEX
PO BOX 194
ROBESONIA PA 19551


HF COORS CHINA CO.
C/O CATALINA CHINA INC.
1600 S. CHERRYBELL STRAW
TUCSON AZ 85713
```

```
JACKSON MSC, LLC
HIGHWAY 25E
PO BOX 1060
BARBOURVILLE KY 40906


JAMES A. PARRISH CPA, P.A.
PO BOX 929
BLUFFTON SC 29910


JIMEX CORPORATION
1575 ZEPHYS AVENUE
HAYWARD CA 94544


JONES, SIMPSON & NEWTON, P.A.
POST OFFICE DRAWER 7040
HILTON HEAD ISLAND SC 29938


KLINGERS TRADING COMPANY
3009-B BANKERS IND. RD.
ATLANTA GA 30360


KROWNE METAL CORPORATION
100 HAUL RD.
WAYNE NJ 07470


LAGASSE INC.
C/O LEVI, WITTENBERG, HARRITT, HOEFER
& DAVIS, P.A.
POST OFFICE DRAWER 730
SUMTER SC 29151


LAW OFFICE OF PAREICK J.T. KELLEY, P.C.
POST OFFICE BOX 773
BLUFFTON SC 29910


MASTER BILT PRODUCTS
908 HIGHWAY 15 NORTH
NEW ALBANY MS 38652


MHG INVEST. INC.



MOBILE RESTAURANT SUPPLY
14200 SOUTH LAKES DRIVE
CHARLOTTE NC 28273
```

```
MR. WINTER
8080 WEST 26TH COURT
HIALEAH FL 33016


MTS SEATING
C/O WOODARD & BUTLER
ATTORNEYS AT LAW
POST OFFICE BOX 1906
WALTERBORO SC 29488


PALMETTO STATE BANK
NEED INFO


PEACHTREE DISTRIBUTING COMPANY
3128 NIFDA BLVD
SMYRNA GA 30080


PITES FRIALATOR/ MAJORKITCHEN
2485 PAYSHERE CIRCLE
CHICAGO IL 60674


RANKIN - DELUXE, INC.
12862 E. FLORENCE AVENUE
SANTA FE SPRINGS CA 90670


ROYAL INDUSTRIES, INC.
4100 W. VICTORIA STREET
CHICAGO IL 60646


RYAN REFRIGERATION SALES
502 ODD BROOKPARK RD.
CLEVELAND OH 44109


SELECT AIR SYSTEMS
PO BOX 1906
WALTERBORO SC 29488


SOMERSET INDUSTRIES
1E SQUIRE RD.
NORTH BILLERICA MA 01862


SOUTHBEND
98806 COLLECTIONS CENTER DR.
CHICAGO IL 60693
```

```
STAR MANUFACTURING INTERNATIONAL
10 SUNNEN DRIVE
PO BOX 430129
SAINT LOUIS MO 63143


SUMIT APPLIANCES PARTS & SERVICE
DIVISION OF FELIX STARCH INC.
770 GARRISON AVE
BRONX NY 10474


SUPREME METAL
3125 TROTTERS PARKWAY
ALPHARETTA GA 30004


T&S BRASS AND BRONZE WORKS
2 SADDLEBACK CANE
PO BOX 1088
TRAVELERS REST SC 29690


TEXICAN SPECIALTY PRODUCTS, INC.
10900 BRITTMOORE PK. DR.
SUITE H
HOUSTON TX 77041


TEXTRON FINANCIAL CORPORATION
C/O WOODARD & BUTLER
PO BOX 1906
WALTERBORO SC 29488


THE VOLHATH COMPANY, LLC
1236 NORTH 18TH STREET
SHEBOYGAN WI 53081


TRACE DILLON, LLC
2775 CRUSE RD STE 201
LAWRENCEVILLE GA 30044


UPDATE INTERNATIONAL
5801 S. BOYLE AVE
LOS ANGELES CA 90058


VERTEX CHINA
131 BREA CANYON RD
WALNUT CA 91789
```

VOLLRATH CO, LLC.


VULCAN-HART CORPORATION
PO BOX 696
LOUISVILLE KY 40201


WA BROWN AND SON, INC.
PO BOX 900013
RALEIGH NC 27675


WHALEY FOODSERVICE REPAIRS
PO BOX 615
LEXINGTON SC 29071


WILLIAM J. GODFREY